

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00555-CV

**IN THE GUARDIANSHIP OF CHARLES INNESS THRASH,**
An Incapacitated Person

From Probate Court No. 1, Bexar County, Texas
Trial Court No. 2017-PC-002912-B
Honorable Oscar Kazen, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's May 29, 2019 order imposing sanctions is AFFIRMED.

It is further ORDERED that appellants pay the costs of appeal incurred by appellees.

SIGNED March 31, 2021.

Liza A. Rodriguez, Justice